UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TEON DEWAYNE JONES                              CIVIL ACTION

VERSUS                                          NO. 26-784

GERTRUDE ESTELL, *et al.*                       SECTION   M (3)

## **ORDER**

Having considered the complaint, the record, the applicable law, the magistrate judge's

Report and Recommendation ("R&R"),[1] and the plaintiff's failure to file an objection to the R&R,

the Court hereby approves the R&R and adopts it as its opinion herein.  Therefore,

IT IS ORDERED that Teon Dewayne Jones's complaint is DISMISSED WITHOUT

PREJUDICE for failure to prosecute.

New Orleans, Louisiana, this 31st day of July, 2026.

_____
BARY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 16.